NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GARY SIPEK,                              )
                                        )
            Appellant,                   )
                                        )
v.                                      )         Case No. 2D17-4164
                                        )
STATE OF FLORIDA,                        )
                                        )
            Appellee.                    )
_____    )

Opinion filed February 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; William D. Sites, Judge.

Gary Sipek, pro se.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.